IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

TERRY J. STRYKER,                    )
                                     )
              Petitioner,            )
                                     )
vs.                                  )         No. CIV-17-695-W
                                     )
WARDEN BEAR,                         )
                                     )
              Defendant.             )

**ORDER**

On July 27, 2017, United States Magistrate Judge Charles B. Goodwin issued a

Report and Recommendation in this matter and recommended that the Court deny the

Application for Leave to Proceed in Forma Pauperis filed by petitioner Terry J. Stryker, a

state prisoner proceeding pro se. Magistrate Judge Goodwin further recommended that

the Court order Stryker to pay the filing fee of $5.00 in full or to show good cause for his

failure to do so. Although Magistrate Judge Goodwin advised Stryker of his right to object

to the Report and Recommendation, see Doc. 6 at 2, Stryker has instead, as the record

reflects, paid the filing fee. See Doc. 7.

Upon review, the Court concurs with Magistrate Judge Goodwin's findings that

Stryker has sufficient funds in his institutional savings account to prepay the filing fee, see

Doc. 5-1, and that he is therefore not entitled to litigate this matter without prepayment of

the filing fee in full.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 6] filed on July 27, 2017;

(2) DENIES Stryker's Application for Leave to Proceed in Forma Pauperis [Doc. 5] file-stamped June 23, 2017; and

(3) RE-REFERS this matter to Magistrate Judge Goodwin for further proceedings.

ENTERED this ___9th___ day of August, 2017.

LEE R. WEST
UNITED STATES DISTRICT JUDGE